# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN METTER** | **CIVIL ACTION** |
| **v.** | **NO. 20-6405** |
| **CAPELLA UNIVERSITY, LLC, et al.** | |

## ORDER RE MOTION TO DISMISS AMENDED COMPLAINT

**AND NOW**, this 9th day of March, 2021, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (ECF 13), the Response thereto (ECF 14), and the Reply (ECF 15), and for the reasons given in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motions to Dismiss is GRANTED and Plaintiff's Amended Complaint (ECF 11) is DISMISSED without prejudice, with leave to amend within fourteen (14) days.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-6405 Metter v Capella Univ\20CV6405 MtD Order.doc